NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-195

JAMES DUBROC, JR.

VERSUS

TETRA APPLIED TECHNOLOGIES, INC.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 76,080
HONORABLE DURWOOD CONQUE, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy, Judges.

Saunders, J., dissents and assigns written reasons.

AFFIRMED.

George A. Flournoy
Flournoy & Doggett (APLC)
P. O. Box 1270
Alexandria, LA 71309-1270
(318) 487-9858
Counsel for Plaintiff/Appellant:
        James Dubroc, Jr.

Christopher L. Zaunbrecher
Briney & Foret
P. O. Box 51367
Lafayette, LA 70505-1367
(337) 237-4070
Counsel for Defendant/Appellee:
        Tetra Applied Technologies, Inc.